

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In re Commitment of Robert John Baker,       * From the 142nd District Court
                                               of Midland County,
                                               Trial Court No. CV57854.

No. 11-22-00223-CV                           * June 27, 2024

                                             * Memorandum Opinion by Bailey, C.J.
                                               (Panel consists of: Bailey, C.J.,
                                               Trotter, J., and Williams, J.)


This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.